MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CABN 202121)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7128
    FAX: (415) 436-7234
    Doug.Sprague@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO.: CR 80-00462 EXE; CR 81-00077 EXE |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) |
| MASHOOD DANMOLE, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictments without prejudice and moves that the Court quash the arrest warrants issued in connection with the indictments in the above cases.

DATED:    April ___, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

*J. Douglas Wilson*

J. DOUGLAS WILSON
Chief, Criminal Division

NOTICE OF DISMISSAL
CR 80-00462; CR 81-00077 EXE

Leave is granted to the government to dismiss the indictments. It is further ordered that the arrest warrants issued in connection with the indictments are quashed.

Date: 4-7-14

*[signature]*
William H. Orrick
United States District Judge

NOTICE OF DISMISSAL
CR 80-00462; CR 81-00077 EXE